O

FILED
CLERK, U.S. DISTRICT COURT
DEC 2 3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DV   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　vs.<br>Dominguez-Hernandez, Alan<br>　　　　　Defendant. | Case No.: SACR 11-00005-CJC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA___,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　　[X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___Bckgrd cmty ties unknown due to failure to interview; bail resources unknown; illegal immigration status,___

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _criminal history record and prior probation violation_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 12/23/14

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE